EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2002

at 10 o'clock and 15 min A.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00040 HG |
| Plaintiff, ) | |
| ) | INDICTMENT |
| v. ) | [21 U.S.C. §§ 952, 963; |
| ) | 21 U.S.C. §§ 841, 846] |
| DANIEL FARMER *ps* (01), ) | |
| LOVINA L. FARMER *ps* (02), ) | |
| DOUGLAS CHRISTIAN *ps* (03), ) | |
| DONNA CHRISTIAN *ps* (04), ) | |
| ) | |
| Defendant, ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002 in the District of Hawaii and elsewhere, defendants, Daniel Farmer, Lovina L. Farmer,

Douglas Christian and Donna Christian and others known and unknown to the Grand Jury knowingly and intentionally conspired to import into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

Overt Acts

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. On or about January 17, 2002 on the Island of Kauai, Hawaii, Donna Christian accepted delivery of the following parcel (hereinafter referred-to as "subject parcel"):

2. On or about January 17, 2002 on the Island of Kauai, Hawaii, Defendants Douglas Christian and Donna Christian took the subject parcel to 4250 Uhu Place, Puhi, Kauai, the residence of Daniel and Lovina Farmer.

3. On or about January 17, 2002 at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Daniel Farmer handled the subject parcel and its interior contents.

4. On or about January 17, 2002 at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Lovina Farmer handled the subject parcel and its interior contents.

5. On or about January 17, 2002 at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Donna Christian handled the subject parcel and its interior contents.

All in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

## COUNT 2

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002 in the District of Hawaii and elsewhere, defendants Daniel Farmer, Lovina L. Farmer, Douglas Christian and Donna Christian, and others known and unknown to the Grand Jury knowingly and intentionally conspired to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### Overt Acts

In furtherance of this conspiracy and in order to attain the objects thereof, the same overt acts alleged in Count 1 of this Indictment were committed and are hereby incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT 3

The Grand Jury charges that:

On or about January 17, 2002, in the District of Hawaii, Defendants Daniel Farmer, Lovina L. Farmer, Douglas Christian and Donna Christian knowingly and intentionally imported into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 952(a).

## COUNT 4

The Grand Jury charges that:

On or about January 17, 2002, in the District of Hawaii Defendants Daniel Farmer, Lovina L. Farmer, Douglas Christian and Donna Christian, knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers and salts of its isomers, approximately 295 grams, in violation of 21 United States Code Sections 841(a).

4

All in violation of Title 21, United States Code, Section 846.

DATED: __1/30__, 2002, Honolulu, Hawaii.

A TRUE BILL

_/s/_
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


United States v. Daniel Farmer, et al.
Cr. No. _____
"Indictment"

5