EDWARD H. KUBO, JR. #2449
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00040 HG |
| Plaintiff, | ) | |
| | ) | SUPERSEDING INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 952, 963; |
| DANIEL FARMER (01), | ) | 21 U.S.C. §§ 841, 846] |
| LOVINA L. FARMER (02), | ) | |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002, in the District of Hawaii and elsewhere, defendants Daniel Farmer and Lovina L. Farmer, and others known and unknown to the Grand Jury, including co-

conspirators Douglas Christian and Donna Christian, not charged as defendants herein, knowingly and intentionally conspired to import into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii and elsewhere:

1. In or around September 2001, Daniel and Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai;

2. In or around October 2001, Daniel and Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai;

3. In or around December 2001, Daniel and Lovina L. Farmer and others caused to be sent a parcel containing a quantity of methamphetamine from the Philippines to Kauai.

4. In or around early January, 2002, on the Island of Kauai, Hawaii, Daniel Farmer asked Donna Christian to accept delivery of a parcel containing a quantity of methamphetamine sent from the Philippines.

5. On or about January 17, 2002, on the Island of Kauai, Hawaii, Douglas Christian and Donna Christian accepted delivery of a parcel from the Philippines and took the parcel to 4250 Uhu Place, Puhi, Kauai, the residence of Daniel and Lovina L. Farmer.

6. On or about January 17, 2002, at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Daniel Farmer handled the subject parcel and its interior contents.

7. On or about January 17, 2002, at 4250 Uhu Place, Puhi, on the Island of Kauai, Hawaii, Defendant Lovina L. Farmer handled the subject parcel and its interior contents.

All in violation of Title 21, United States Code, Sections 963, 952(a), and 960(b)(1).

## COUNT 2

The Grand Jury further charges that:

From a time unknown to the Grand Jury up through and including on or about January 17, 2002, in the District of Hawaii and elsewhere, defendants Daniel Farmer and Lovina L. Farmer, and others known and unknown to the Grand Jury knowingly and intentionally conspired to distribute and possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

OVERT ACTS

In furtherance of this conspiracy and in order to attain the objects thereof, the same overt acts alleged in Count 1 of this Indictment were committed and are hereby incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

COUNT 3

The Grand Jury further charges that:

On or about January 17, 2002, in the District of Hawaii, Defendants Daniel Farmer and Lovina L. Farmer knowingly and intentionally imported into the United States from a place outside thereof fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a).

All in violation of Title 21, United States Code, Section 952(a).

COUNT 4

The Grand Jury further charges that:

On or about January 17, 2002, in the District of Hawaii Defendants Daniel Farmer and Lovina L. Farmer, knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers

4

and salts of its isomers, approximately 264 grams, in violation of 21 United States Code Sections 841(a).

All in violation of Title 21, United States Code, Section 846.

DATED: _____ JUL 24 _____, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/ _____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Daniel Farmer, et al.
Cr. No. 02-00040 HG
  "Superseding Indictment"

5