# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 28, 2006

To: United States Court of Appeals     Attn: ( ) Civil
      For the Ninth Circuit
      Office of the Clerk                (✓) Criminal
      95 Seventh Street
      San Francisco, California 94103    ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No: CR 02-00040HG        Appeal No: 05-10393

Short Title: U.S.A. vs. Farmer

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 16 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document
nos:#41,54,55,56,124,138,140,179,263,277,284,287,288,290,292,293,295,314.

Acknowledgment: _____ Date: _____

cc: all parties of record