November 2, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 556-9920

**District Court/Agency:** **USDC Hawaii (Honolulu)**

**Lower Court Number:** CR-02-00040-HG

**Appeal Number:** 05-10393

**Short Title:** USA v. Farmer

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 0 9 2006
9:24
DISTRICT OF HAWAII

**Volumes**

**Clerk's Records in:** 6                    0    **Certified Copy(ies)**

**Reporters Transcripts in:** 16

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bulky Documents in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |
| **State Lodged Docs in:** | 0 | **Envelopes** | 0 | **Expandos** | 0 | **Folders** | 0 | **Boxes** |
| | 0 | **Other** | | | | | | |

**Other:** 18 SEALED Documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.