November 2, 2006

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00040-HG
**Appeal Number:** 05-10393
**Short Title:** USA v. Farmer

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 0 9 2006
9:15 am
DISTRICT OF HAWAII

**Volumes**

| | | | | |
|---|---|---|---|---|
| **Clerk's Records in:** 6 | | | 0 Certified Copy(ies) | |
| **Reporters Transcripts in:** 16 | | | | |
| **Bulky Documents in:** | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |
| **State Lodged Docs in:** | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

**Other:** 18 SEALED Documents.

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

## United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 28, 2006

To: United States Court of Appeals    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                     (✓)    Criminal
      95 Seventh Street
      San Francisco, California 94103      ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:        CR 02-00040HG        Appeal No:    05-10393

Short Title:     U.S.A. vs. Farmer

FILED
MAR

Clerk's Files in     6     volumes   (✓) original   ( ) certified copy

Bulky docs                 volumes (folders)   docket #

Reporter's        16    volumes   (✓) original   ( ) certified copy
Transcripts

Exhibits                    volumes ( ) under seal

                              boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document
nos:#41,54,55,56,124,138,140,179,263,277,284,287,288,290,292,293,295,314.

Acknowledgment: _____ Date: _____

cc: all parties of record